**FILED**
August 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEEMARIO MAGEE, )<br>)<br>_____Defendant._____) | Case No. 2:04-CR-00328-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEEMARIO MAGEE , Case No.  2:04-CR-00328-KJM , Charge  Title 18 USC § 3606 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

   ___   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✔   (Other)   All conditions of supervised release remain in full force and effect.

Issued at  Sacramento, CA  on  August 14, 2013  at  2:40  pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge